■ SARAH GOLD et al., Appellants, v. HARVEY GOLDRING et al., Respondents, et al., Defendant.— Motion to dismiss appeal denied on condition that appellants argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 19, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of MICHAEL W. CASTORO, an Attorney, Respondent.— During the pendency of a disciplinary proceeding, respondent submitted his resignation as an attorney and counselor at law. Resignation accepted and respondent's name ordered to be struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. THEODORE BURRELL, Defendant.— Motion for leave to appeal to the Court of Appeals from a judgment of conviction rendered by the County Court, Queens County, in May, 1938, after a jury trial, and for assignment of counsel, dismissed. It appears that no appeal was ever taken to this court from said judgment. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUTHBERT EASTMAN, Defendant.— Application for "writ of mandamus" denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. MANCINI, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy thereof on the District Attorney. The appellant's time to perfect the appeal is enlarged to the January 1961 Term; appeal ordered to be placed on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ROTHMAN, Also Known as VICTOR ROTHSCHILD, Appellant.— Motion to dispense with printing and for enlargement of time, denied. From the papers submitted it appears affirmatively as matter of law that the appeal is without merit. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ROBERT B. SOMERSTEIN, as Administrator of the Estate of PHILIP SOMERSTEIN, Deceased, Plaintiff, v. LOUIS HERSHKOWITZ, Defendant. AARON H. SOMERSTEIN, Appellant; MURRAY MARSH et al., Respondents.— The appeal herein having been perfected and noticed for the October 1960 Term, the motion to extend time is dismissed, without costs, as academic. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SAMUEL AINBINDER, Respondent, v. WILLIAM KLEINMAN, Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by plaintiff as the result of the negligent operation of an automobile by defendant, the defendant appeals from so much of an order of the Supreme Court, Kings County, dated February 24, 1960, as grants plaintiff's motion for summary judgment and directs a trial for the fixation of damages, pursuant to rule 113 of the Rules of Civil Practice. Order insofar as appealed from reversed, with $10 costs and disbursements, and motion for summary judgment denied. In our opinion, the record presents issues of fact which should not have been summarily decided on motion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.